**UNITED STATE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:
RICHARD PADILLA                                CASE NO.: 6:18-bk-01131-KSJ
   Debtor(s)                                   CHAPTER 13
_____/

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

PURSUANT TO LOCAL RULE 2002-04, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF THE PARTY WAS SERVED BY U.S. MAIL.

IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT 400 W. WASHINGTON STREET, SUITE 5100, ORLANDO, FL 32801 AND SERVE A COPY ON THE MOVANTS' ATTORNEY, K. HUNTER GOFF, 600 N US HWY 27, SUITE 6, MINNEOLA, FL 34715, AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE AN RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT HEARING.

IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING AND MAY GRANT THE RELIEF REQUESTED.

---

COMES NOW the Debtor, by and through the undersigned attorney, and moves this Honorable Court for the entry of an order modifying the confirmed Chapter 13 plan and states the following:

1. The Debtor filed his Petition under Title 11, Chapter 13 of the United States Code on February 28, 2018.

2. The Debtor's Chapter 13 Plan was confirmed on November 19, 2018.

3. The Debtor attempt to modify the mortgage on his homestead property through the Court's mortgage mediation program was unsuccessful.

4. The Debtor wishes to modify the Chapter 13 Plan as follows to include the pre-petition arrears on the mortgage, Claim No. 2.

**Payments to Trustee:**
$1,360.00/     01-16
$4,608.00/     17-60

**Disbursements to Creditors:**
<u>Claim #</u>      <u>Creditor Name</u>            <u>Claim Allowed</u>        <u>Payments</u>
See Attached Spreadsheet

5. Priority and secured creditors will not be adversely affected by this modification.

WHREREFORE, the Debtors move this Court for entry of an Order Modifying the Confirmed Chapter 13 Plan to provide for the foregoing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States First Class Mail, postage pre-paid, or electronic notice, to Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, FL  32790 and all parties on the attached mailing matrix.

On or before <u>May 27, 2019.</u>

//s// K. Hunter Goff
K. HUNTER GOFF, P.A.
K. Hunter Goff, Esq.
Bar No.: 0240930
600 N US Hwy 27, Suite 6
Minneola, FL 34715
407-898-8225 T
hunter@khuntergoffpa.com

| Name: | Padilla, Richard | | | | Ocwen | Ocwen | LoanCare | LoanCare | LoanCare | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case No.: | 6:18-bk-01131 | | | | Garden Glen | Gap | Van Buren | Arrears | Gap | Claim | Claim | U/S |
| | Mod Plan | 15th | $5,650.00 | $1,700.00 | $158,649.00 | $1,668.00 | $379,121.00 | $46,570.27 | $2,921.39 | | | Creditors |
| Date | No. | Payment | Trustee | Atty | Atty Mon | OUTSIDE | OUTSIDE | Ongoing | Secured | | | | |
| Mar-18 | 1 | $1,360.00 | $136.00 | $159.00 | $0.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Apr-18 | 2 | $1,360.00 | $136.00 | $159.00 | $0.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| May-18 | 3 | $1,360.00 | $136.00 | $159.00 | $0.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jun-18 | 4 | $1,360.00 | $136.00 | $159.00 | $0.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jul-18 | 5 | $1,360.00 | $136.00 | $159.00 | $0.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Aug-18 | 6 | $1,360.00 | $136.00 | $159.00 | $0.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Sep-18 | 7 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Oct-18 | 8 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Nov-18 | 9 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Dec-18 | 10 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jan-19 | 11 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Feb-19 | 12 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Mar-19 | 13 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Apr-19 | 14 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| May-19 | 15 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jun-19 | 16 | $1,360.00 | $136.00 | $134.00 | $25.00 | $0.00 | $0.00 | $1,065.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jul-19 | 17 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Aug-19 | 18 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Sep-19 | 19 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Oct-19 | 20 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Nov-19 | 21 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Dec-19 | 22 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jan-20 | 23 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Feb-20 | 24 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Mar-20 | 25 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Apr-20 | 26 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| May-20 | 27 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jun-20 | 28 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jul-20 | 29 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Aug-20 | 30 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Sep-20 | 31 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Oct-20 | 32 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Nov-20 | 33 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Dec-20 | 34 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jan-21 | 35 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Feb-21 | 36 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Mar-21 | 37 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Apr-21 | 38 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| May-21 | 39 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jun-21 | 40 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Jul-21 | 41 | $4,608.00 | $460.80 | $134.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,066.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Aug-21 | 42 | $4,608.00 | $460.80 | $6.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,194.81 | $0.00 | $0.00 | $0.00 | $0.0000 |
| Sep-21 | 43 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Oct-21 | 44 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Nov-21 | 45 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Dec-21 | 46 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Jan-22 | 47 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Feb-22 | 48 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Mar-22 | 49 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Apr-22 | 50 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| May-22 | 51 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Jun-22 | 52 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Jul-22 | 53 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Aug-22 | 54 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Sep-22 | 55 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Oct-22 | 56 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Nov-22 | 57 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Dec-22 | 58 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Jan-23 | 59 | $4,608.00 | $460.80 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,038.51 | $162.30 | $0.00 | $0.00 | $0.0000 |
| Feb-23 | 60 | $4,622.00 | $462.20 | $0.00 | $25.00 | $0.00 | $0.00 | $2,921.39 | $1,050.54 | $162.29 | $0.00 | $0.00 | $0.5800 |
| | | $224,526.00 | $22,452.60 | $5,650.00 | $1,350.00 | $0.00 | $0.00 | $145,581.16 | $46,570.27 | $2,921.39 | $0.00 | $0.00 | $0.58 |
| | | | | | | | | | | | | | Total Unsecured Debt |
| Allowed: | | | | $5,650.00 | $1,350.00 | $0.00 | $0.00 | $145,581.16 | $46,570.27 | $2,921.39 | $0.00 | $0.00 | $0.00 |
| Paid: | | | | $5,650.00 | $1,350.00 | $0.00 | $0.00 | $145,581.16 | $46,570.27 | $2,921.39 | $0.00 | $0.00 | Distribution Percentage |
| Overage / | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | #DIV/0! |
| Deficiency: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |